**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | Case No. 23- 14679 |
| | ) | |
| BENDED PAGE, LLC | ) | Chapter 11, Subchapter V |
| EIN: 85-2948361 | ) | |
| | ) | |
| Debtor. | ) | |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Bended Page, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

None.

Dated: October 16, 2023     Respectfully submitted,

ONSAGER | FLETCHER | JOHNSON | PALMER LLC

*s/ Gabrielle G. Palmer*
   Andrew D. Johnson, #36879
   J. Brian Fletcher, #28629
   Gabrielle G. Palmer, #48948
600 17th Street, Suite 425 North
Denver, Colorado 80202
Ph: (720) 457-7059
ajohnson@OFJlaw.com
jbfletcher@OFJlaw.com
gpalmer@OFJlaw.com

*Proposed Attorneys for Bended Page, LLC*