**Bended Page LLC**
**Balance Sheet**
**As of August 31, 2023**

**preliminary**

|  | Consolidated |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Cash | |
| 102000 - CASH ON HAND | $ 21,227 |
| Total - 104000 - CASH IN BANK | 57,459 |
| **Total Cash** | **78,686** |
| **Total Accounts Receivable** | **118,037** |
| Other Current Asset | |
| 109002 - UNDEPOSITED FUNDS-iMrchnt | 79,956 |
| 140000 - INVENTORY - TRADE | 1,744,018 |
| 142000 - INVENTORY-COFFEE & TEA | 4,030 |
| 142100 - INVENTORY-OTHER BEVERAGE | 845 |
| 142200 - INVENTORY-FOOD | 1,030 |
| 144000 - Purchases Returned Not Credited | 4 |
| **147900 - INVENTORY-NON TRADE** | |
| 148000 - INVENTORY-GIFTWRAP & RIBBON | 16,178 |
| 149000 - INVENTORY-OTHER | 69,569 |
| 149200 - INVENTORY-REGISTER ROLLS | 5,130 |
| 149300 - INVENTORY-BOOKMARKS | 43,102 |
| **Total - 147900 - INVENTORY-NON TRADE** | **133,979** |
| **Total - 150000 - PREPAIDS** | **162,882** |
| 191500 - DEPOSITS - LEASES | 94,500 |
| 199600 - GOODWILL | 279,652 |
| **Total Other Current Asset** | **2,500,897** |
| **Total Current Assets** | **2,697,620** |
| **Fixed Assets** | |
| Total - 170000 - FIXED ASSETS | 662,120 |
| Total - 180001 - ACCUM DEPREPRECIATION | (170,183) |
| **Total Fixed Assets** | **491,938** |
| **Total ASSETS** | **$ 3,189,558** |
| | |
| **LIABILITIES & EQUITY** | |
| **Current Liabilities** | |
| **Total Accounts Payable** | **$ 1,813,585** |
| Other Current Liability | |
| 205200 - AP-SUBLEASE DEPOSIT & LAST MO RENT | 6,390 |
| 212000 - UNREDEEMED STORED VALUE CARDS | 108,632 |
| 212200 - UNREDEEMED SQUARE GIFT CARDS | 5,438 |
| 214100 - SALES TAX PAYABLE | 63,437 |
| 214600 - UNCLAIMED PROPERTY | 261,774 |
| 220000 - ACCRUED PAYROLL AND PAYROLL TAX | 208,117 |
| 223500 - IMPROVEMENT FEES | 9,352 |
| 223600 - RETAIL DELIVERY FEE (RDF) | 100 |
| 225000 - ACCRUED PROPERTY TAX | 2,014 |
| 240800 - LINE OF CREDIT - ALPINE BANK | 50,000 |
| 240900 - NOTE TO CONVERTIBLE DEBT HOLDERS | 300,000 |
| 244000 - CURRENT PORTION OF DEFERRED RENT-LANDLO | 99,672 |
| **Total Other Current Liability** | **1,114,925** |
| **Total Current Liabilities** | **2,928,510** |
| **Long Term Liabilities** | |
| 259000 - NOTE PAYABLE-K SPEARMAN | 198,089 |
| 259300 - PAYABLE TO TCI - PURCHASE PRICE | 215,000 |
| 259600 - NOTE PAYABLE - LENDISTRY | 238,803 |
| 275000 - DEFERRED RENT | 154,324 |
| **Total Long Term Liabilities** | **806,216** |
| | |
| **Equity** | |
| 293000 - EQUITY CONTRIBUTION FROM BP | 1,574,209 |
| **Total - Equity** | **1,574,209** |
| Retained Earnings | (1,451,495) |
| Net Income | (667,882) |
| **Total Equity** | **(545,168)** |
| **Total Liabilities & Equity** | **$ 3,189,558** |

**Bended Page LLC**
**Tattered Cover Consolidated - P&L**
**January 1, 2023 - August 31, 2023**

### Preliminary

| Financial Row | | % of Income |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| Income | 6,184,652 | 100% |
| Cost Of Sales | 3,179,096 | 51% |
| **Gross Profit** | 3,005,556 | 49% |
| Expense | | |
| 600000 - Expenses | | |
| 603000 - LABOR | 1,872,811 | 30% |
| 603799 - PAYROLL TAXES & BENEFITS | 474,775 | 8% |
| 610999 - OCCUPANCY COSTS | 793,026 | 13% |
| 611999 - UTILITIES | 50,676 | 1% |
| 614999 - REPAIRS & MAINTENANCE | 67,782 | 1% |
| 669999 - ADVERTISING | (65,239) | (1%) |
| 681099 - IT AND OTHER | 100,885 | 2% |
| 690999 - OUTSIDE SERVICES | 55,314 | 1% |
| 700000 - SUPPLIES | 94,411 | 2% |
| 730999 - TRAVEL & ENTERTAINMENT | 13,759 | 0% |
| 741499 - INSURANCE | 2,758 | 0% |
| 750399 - CREDIT CARD FEES | 139,156 | 2% |
| 770099 - POSTAGE & FREIGHT | 99 | 0% |
| 786099 - TAXES & LICENSES | 15,402 | 0% |
| 798000 - CONTRIBUTIONS | 872 | 0% |
| 801500 - NSF CHECK CHARGES | 148 | 0% |
| Total - 600000 - Expenses | 3,616,638 | 58% |
| **Total - Expense** | 3,616,638 | 58% |
| **Net Ordinary Income <Loss>** | (611,082) | (10%) |
| Other Income and Expenses | | |
| Other Income | 81,480 | 1% |
| Other Expense | 138,280 | 2% |
| **Net Other Income** | (56,800) | (1%) |
| **Net Income <Loss>** | (667,882) | (11%) |

**Bended Page LLC**
Notes to Accompany Consolidated Balance Sheet
As of August 31, 2023
<span style="color:red">preliminary</span>

| Account | Description | Comments |
|---|---|---|
| 140000 | Inventory-Trade | consists of new, bargain & used books; magazines; gift items |
| 199600 | Goodwill | recorded at time of sale from TC Inc to Bended Page LLC |
| 205200 | AP-Sublease | a portion of the space in the Colfax store has been subleased |
| 212000 | Unredeemed Stored Value Cards | gift cards with under a 5 year life |
| 212200 |  | gift cards with under a 5 year life-issued by Coffee operations |
| 214600 | Unclaimed Property | Gift cards over 5 years old that have been reported to the State of Colorado as unclaimed property |
| 240800 | Line of Credit | With Alpine Bank, original principal $100,000 |
| 240900 | Note to Convertible Debt Holders | Funds received from Investors in advance of restructuring |
| 259000 | Note Payable - K Spearman | Funds loaned to organization by Kwame Spearman for purchase of inventory and wood to build bookcases in Colorado Springs store |
| 259300 | Payable to TCI - Purchase Price | Per original sale agreement between TC Inc and Bended Page, a payable has been set up that Bended Page remits payments on |
| 275000 | Deferred Rent | Free rent was given at the beginning of the lease term for our Colfax Avenue and Aspen Grove locations. This balance represents the difference between the actual cash payments for rent and the rent adjusted for the free period. It is amortized over the term of the lease and will go to zero at the end of the lease term. |