Fill in this information to identify the case:

Debtor name: **Bended Page, LLC**
United States Bankruptcy Court for the: **DISTRICT OF COLORADO**
Case number (if known): 23-14679 -MER

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Penguin Random House LLC<br>Dept 0919<br>PO Box 120001<br>Dallas, TX 75312-0919 | moperchuck@penguinrandomhouse.com | Publisher | | | | $375,765.86 |
| Office of the State Auditor<br>1525 Sherman St 7th Floor<br>Denver, CO 80203 | Holders@state.co.us | State of Colorado-Abandoned Gift Card Payment Owed to the State | | | | $375,563.82 |
| Ingram Book Group LLC<br>PO Box 277616<br>Atlanta, GA 30384-7616 | Nicole.Whittemore@ingramcontent.com | All Assets | | $529,153.40 | $222,676.00 | $306,477.40 |
| MacMillan Pub Svc dba Holtzbrinck Pub LLC<br>Dept CH 17571<br>Palatine, IL 60055-7571 | jsnow@mpsvirginia.com | Publisher | | | | $295,728.89 |
| Simon & Schuster<br>PO Box 70660<br>Chicago, IL 60673-0660 | Denise.Madueke@simonandschuster.com | Publisher | | | | $259,355.13 |
| TC Incorporated<br>9232 West Arbor Pl<br>Littleton, CO 80123 | LenVlahos@gmail.com | Note Payable | | | | $215,000.00 |
| Hachette Book Group<br>PO Box 88828, JFK Station<br>Boston, MA 02114-8828 | Tom.Soczek@hbgusa.com | Publisher | | | | $64,664.34 |

Debtor **Bended Page, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Harper Collins Publishers<br>PO Box 360846<br>Pittsburgh, PA 15251-6846 | Lynne.Nardella@harpercollins.com | Publisher | | | | $44,389.30 |
| St. Charles Town Theatre<br>c/o LCP Management<br>777 Grant St Ste 110<br>Denver, CO 80203 | charlie@stcharlestown.com | Lease | | | | $41,568.71 |
| WW Norton & Company Inc.<br>c/o National Book Company<br>PO Box 786652<br>Philadelphia, PA 19178-6652 | lhollenbeck@wwnorton.com | Publisher | | | | $40,815.17 |
| Houghton Mifflin Harcourt<br>14046 Collections Center Dr<br>Chicago, IL 60693 | manny.cortes@hmhco.com | Publisher | | | | $28,706.83 |
| Workman Publishing Co Inc.<br>PO Box 21142<br>New York, NY 10087-1142 | Christine.Torres@hbgusa.com | Publisher | | | | $28,078.94 |
| Ogletree Deakins Nash Smoak & Stewart PC<br>PO Box 89<br>Columbia, SC 29202 | 864-241-1801 | | | | | $24,473.00 |
| Lonely Planet Publications<br>230 Franklin Rd Bldg 2 B<br>Franklin, TN 37064 | | Publisher | | | | $20,315.09 |
| Alpine Bank Visa<br>PO Box 2705<br>Grand Junction, CO 81502-2705 | TomCampbell@alpinebank.com | Credit Card | | | | $19,137.02 |
| Aspen GRF2, LLC<br>PO Box 845758<br>Los Angeles, CA 90084 | joshk@gerrity.com | Rent | | | | $16,209.88 |
| Thrash Group<br>19 Woodstone Plaza<br>Hattiesburg, MS 39402 | melanie@thethrashgroup.com | | | | | $14,625.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Debtor **Bended Page, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Zephyr Enterprises LLC** **PO Box 49006** **Colorado Springs, CO 80949** | **accounting@zephyrproperty.com** | | | | | **$13,696.96** |
| **Scholastic Inc.** **PO Box 639851** **Cincinnati, OH 45263-9851** | **DBecker@Scholastic.com** | **Publisher** | | | | **$11,854.79** |
| **Aurora** **8820 Mercury Lane** **Pico Rivera, CA 90660** | | **Gift Vendor** | | | | **$9,266.57** |