# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 23- 14679-MER |
| BENDED PAGE, LLC<br>EIN: 85-2948361 | Chapter 11, Subchapter V |
| Debtor. | |

## VERIFICATION OF CREDITOR MATRIX

I, Bradford Dempsey, Chief Executive Officer of Bended Page, LLC, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Dated: October 16, 2023.        By: _____
                                        Bradford Dempsey
                                        Chief Executive Officer