**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| Bended Page, LLC ) | |
| Tax ID / EIN: 85-2948361 ) | Case No.  23-14679-MER |
| ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND
REQUEST FOR NOTICES**

The United States Trustee ("UST"), by and through undersigned counsel, files this entry of appearance and request for notices.  Pursuant to Fed. R. Bankr. P. 9034(k), the UST requests that all pleadings and notices filed in this case be served on the UST at the address set forth below.

Dated: October 16, 2023                    Respectfully submitted,

Patrick S. Layng
UNITED STATES TRUSTEE

/s/ Benjamin A. Sales
Benjamin A. Sales, #51551
Trial Attorney for the U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7236 telephone
(303) 312-7259 facsimile
benjamin.a.sales@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the date set forth below a copy of the UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES was served by deposit in the United States Mail, postage prepaid, to the following parties:

Dated: October 16, 2023

Andrew D. Johnson; via ajohnson@OFJlaw.com

Gabrielle Palmer; via gpalmer@ofjlaw.com

                                                        /s/ Benjamin A. Sales_____
                                                        Office of the United States Trustee