# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 23-14679-MER |
| BENDED PAGE, LLC | ) | Chapter 11, Subchapter V |
| Debtor. | ) | |

## ORDER GRANTING MOTION TO EXTEND PLAN RELATED DEADLINES

THIS MATTER having come before the Court on the Motion to Extend Plan Related Deadlines (this "Motion") filed by Bended Page, LLC ("Debtor"), and the Court, having reviewed the Motion and being fully advised in the premises, hereby

ORDERS that the Motion is GRANTED; and

FURTHER ORDERS that deadlines and schedule set in the Order at Docket Number 283 are modified as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline to submit ballots and file objections to the Plan | May 28, 2024 | July 2, 2024 |
| Deadline for Debtor to file a summary report of ballots received and to amend Plan in response to any objection(s) | 7 days prior to the rescheduled confirmation hearing | 7 days prior to the rescheduled confirmation hearing |
| Deadline to file and exchange witness and exhibit lists | 7 days prior to the rescheduled confirmation hearing | 7 days prior to the rescheduled confirmation hearing |
| Deadline to deliver PDF copies of exhibits to chambers | 3 days prior to the rescheduled confirmation hearing | 3 days prior to the rescheduled confirmation hearing |
| Confirmation Hearing | June 20, 2024 | **Thursday, July 25, 2024, at 9:30 a.m.** |

.

DATED: May 23, 2024　　　　　　　BY THE COURT:

_____
Honorable Michael E. Romero
United States Bankruptcy Judge