## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 23-14679-MER |
| BENDED PAGE, LLC<br>EIN: 85-2948361 | Chapter 11, Subchapter V |
| Debtor. | |

## NOTICE

Bended Page, LLC ("Debtor"), through its counsel, ONSAGER | FLETCHER | JOHNSON | PALMER LLC, files this Notice as follows:

1. On April 26, 2024, Debtor filed its Motion for Order Authorizing and Approving: (A) Bidding Procedures for the Sale of Debtors Property by Auction; (B) Notice of Sale by Auction; (C) The Auction; and (D) Setting Deadline to Object to the Sale of All or Substantially All of Debtor's Assets (the "Bid Procedures Motion")[1] [Docket No. 302]. The Court granted the Bid Procedures Motion and approved certain bid procedures (the "Bid Procedures")[2] on May 16, 2024 [Docket No. 322].

2. The Bid Procedures provide that on or before June 11, 2024 at 12:00 p.m., Debtor shall provide electronic notice to all Qualified Bidders, creditors, and interested parties: (a) that Qualified Bids were timely received; (b) whether an Auction will take place; (c) video conference information for the virtual Auction; and (d) the terms of the highest or best Qualified Bid (the "Baseline Bid") where bidding will start at the Auction.

3. Pursuant to this Notice, Debtor provides notice as follows:

    a. Debtor received Qualified Bids prior to the Bid Deadline;

    b. Debtor intends to discuss and negotiate with the Qualified Bidders regarding each bidder's Bid; and

    c. Debtor will not proceed with an Auction for the Sale of its Assets on June 12, 2024.

4. Debtor reserves all rights, including the right to hold an Auction at a later date, to continue to discuss and negotiate with any Qualified Bidder regarding such bidder's Qualified Bid, and to proceed with a Sale to a Qualified Bidder without conducting an Auction.

---

[1] Debtor filed a supplement in support of the Bid Procedures Motion on May 15, 2024 [Docket No. 320].
[2] All capitalized terms not otherwise defined herein shall have the meaning set forth in the Bid Procedures.

5. Debtor will provide notice of any rescheduled Auction or proposed sale to a Qualified Bidder as soon as practicable.

Dated: June 11, 2024

Respectfully submitted,

**ONSAGER | FLETCHER | JOHNSON | PALMER LLC**

*s/ Andrew D. Johnson*
Andrew D. Johnson, #36879
Gabrielle G. Palmer, #48948
600 17th Street, Suite 425 North
Denver, Colorado 80202
Ph: (720) 457-7061
ajohnson@OFJlaw.com
gpalmer@OFJlaw.com

*Attorneys for Bended Page, LLC*

## CERTIFICATE OF SERVICE

I certify that on June 11, 2024, I served a complete copy of the foregoing on the following, and any and all parties requesting electronic notice through the court's CM/ECF system pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules.

Patric R. Akers via CM/ECF
Thomas Allen via CM/ECF
Dustin P Branch via CM/ECF
Jeffrey S. Brinen via CM/ECF
Jason S. Buckley via CM/ECF
Shawn Christianson via CM/ECF

Mark David Dennis via CM/ECF
Lance Henry via CM/ECF
Benjamin Sales via CM/ECF
Jessica Simon via CM/ECF
Timothy M. Swanson via CM/ECF
Jeffrey Weinman via CM/ECF

*s/ Barbara A. Moss*